**No. 45914.**—Protests 989717–G, etc., of Burns Lumber Co. (Los Angeles). ·

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Seaboard* v. *United States* (5 Cust. Ct. 161, C. D. 391) it was held that the tax under section 601 (c) (6), Revenue Act of 1932, should have been assessed only on the net footage of the lumber in question.

**No. 45915.**—Protest 998511–G of Leopold Liffgens (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of Abstract 43642 the lift vans in question were held free of duty as claimed.

BEFORE THE THIRD DIVISION, MAY 23, 1941

**No. 45916.**—Protest 989072–G of Michelson & Sternberg, Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dried necks of the calabash or gourd fruit similar to that passed, upon in Abstract 39702. The claim at 10 percent under paragraph 1558 was therefore sustained.

**No. 45917.**—Protest 988471–G of Frank P. Dow Co. (Portland, Oreg.).

Opinion by KEEFE, J. The appraiser reported that the yeast is dried, inedible, advanced in value, having therapeutic properties. The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 45918.**—Protest 985426–G of Mrs. Jennie Hill (Pittsburgh).

Opinion by KEEFE, J. There was testimony that the articles in question were purchased in the United States prior to the plaintiff's departure for Palestine in 1932 and that they remained in her possession in her household up to the time she emigrated to the United States. They were therefore held free of duty as household effects under paragraph 1632 as claimed. *Haas* v. *United States* (1 Cust. Ct. 140, C. D. 37) followed.

**No. 45919.**—Protest 969794–G of Salim S. Dweck (San Francisco).

Opinion by KEEFE, J. In view of the evidence presented it was held that the imported articles consisted of the personal and household effects of a resident of the United States returning from abroad. As such articles are exempt from duty up to but not exceeding $100 in value under paragraph 1798 the protest was sustained to that extent.